PRETRIAL REPORT AND ORDER

DATE PRETRIAL HELD:  OCTOBER 24, 2002         NO. 02-3708

CASE CAPTION: LESLAW J. KORNECKI
                         vs.
              TEMPLE UNIVERSITY HOSPITAL

1. TRIAL COUNSEL            FOR PLAINTIFF: G. BOCHETTO

                            FOR DEFENDANT: J. LAPORTE

2. STATUS OF CASE: PLAINTIFF SEEKS $475,000 AND FEES. DEFENDANT HAS OFFERED $25,000.  PLAINTIFF WILL CALL THE COURT WITH A REVISED DEMAND.

3. TRIAL DATE:

4. JURY/NONJURY:

5. PRETRIAL MEMORANDA AND POINTS FOR CHARGE OR PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW:

    PLAINTIFF    :
    DEFENDANT(S):

NOTE: ALL DOCUMENTS, PHOTOS, ETC. ARE TO BE MARKED BEFORE TRIAL AND A COPY GIVEN TO OPPONENT(S), OR OPPONENT(S) BE ALLOWED TO COPY THEM.

POINTS FOR CHARGE ARE TO BE SUBMITTED IN DUPLICATE - EACH POINT ON A SEPARATE PAGE.

Copy forwarded to counsel listed above.

                                    SO ORDERED:


                                    _____
                                    CHARLES R. WEINER