IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLAW J. KORNECKI | : CIVIL ACTION<br>: NO. 02-3708<br>: |
| VS. | : |
| TEMPLE UNIVERSITY HOSPITAL | : |

**ORDER**

AND NOW, this 9th day of MARCH, 2006, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Charles R. Weiner to the calendar of the Honorable Norma L. Shapiro.

FOR THE COURT:

HARVEY BARTLE III
Chief Judge

ATTEST:

s/ Michael E. Kunz
MICHAEL E. KUNZ
Clerk of Court