**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| LESLAW J. KORNECKI, | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| TEMPLE UNIVERSITY HOSPITAL, | : |
| Defendant. | : |

: Civil Action

: No.: 02-3708

WITHDRAWAL OF COUNSEL

TO THE CLERK OF THE DISTRICT COURT:

Kindly withdraw my appearance on behalf of Defendant Temple University Hospital in the above captioned matter.

/s/ Jane B. LaPorte
Jane B. LaPorte
Attorney I.D. No. 76676
HAMBURG & GOLDEN, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103

ENTRY OF APPEARANCE

TO THE CLERK OF THE DISTRICT COURT:

Kindly enter my appearance on behalf of Defendant Temple University Hospital in the above captioned matter.

/s/ Neil J. Hamburg
Neil J. Hamburg
Attorney I.D. No. 32175
HAMBURG & GOLDEN, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103

CERTIFICATE OF SERVICE

I, Neil J. Hamburg, certify that the foregoing Withdrawal of Counsel has been filed electronically and is now available for viewing and downloading from the Court's Electronic Case Filing System.  I further certify that a copy of the foregoing Withdrawal of Counsel and Entry of Appearance was served by regular mail, on March 14, 2006, upon the following:

George Bochetto, Esquire
Bochetto & Lentz, P.C.
1524 Locust Street
Philadelphia, PA 19102

/s/ Neil J. Hamburg
NEIL J. HAMBURG