IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| LESLAW J. KORNECKI, | : | Civil Action |
| Plaintiff, | : | |
| | : | No.: 02-CV-3708 |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY HOSPITAL, | : | |
| Defendant. | : | |
| | : | |

## DEFENDANT TEMPLE UNIVERSITY HOSPITAL'S
## MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in the attached memorandum of law, Defendant Temple University Hospital (the "Hospital" or "Temple"), whose proper corporate name is Temple University-Of the Commonwealth System of Higher Education, moves for summary judgment in its favor and against plaintiff Leslaw J. Kornecki on count II [defamation] of plaintiff's complaint on the grounds that there is no evidence of publication of a defamatory statement, and, even if publicized, any alleged defamatory statement was true.

Respectfully submitted,

/s Neil J. Hamburg
NEIL J. HAMBURG
Attorney No. 32175
HAMBURG & GOLDEN, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA  19103-1443
 (215) 255-8590
Counsel for Defendant
Temple University Hospital