```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| LESLAW J. KORNECKI,<br>            Plaintiff,<br><br>        v.<br><br>TEMPLE UNIVERSITY HOSPITAL,<br>            Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action<br><br>No.: 02-CV-3708 |

## ORDER

AND NOW, this         day of         2006, upon consideration of defendant's Motion for Partial Summary Judgment and plaintiffs' response, it is hereby ORDERED that the Motion is GRANTED and Count II (defamation) of plaintiff's complaint is DISMISSED, with prejudice.

IT IS SO ORDERED.

                                        BY THE COURT:


                                        _____
                                        The Honorable Norma L. Shapiro