IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| LESLAW J. KORNECKI,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>TEMPLE UNIVERSITY HOSPITAL,<br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action<br><br>No.: 02-CV-3708 |

**AMENDED CERTIFICATE OF SERVICE**

　　　　I, Neil J. Hamburg, certify that Defendant's Motion for Summary Judgment as to Count II of Plaintiff's Complaint, Memorandum of Law, and Proposed Order has been filed electronically on March 14, 2006, and is now available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that a copy of the motion for summary judgment was served by regular mail on March 14, 2006, and a copy of this amended certificate of service was served by regular mail, on March 16, 2006, upon:

　　　　　　　　　　　　George Bochetto, Esquire
　　　　　　　　　　　　Bochetto & Lentz, P.C.
　　　　　　　　　　　　1524 Locust Street
　　　　　　　　　　　　Philadelphia, PA 19102


　　　　　　　　　　　　　　　　/s/ Neil J. Hamburg
　　　　　　　　　　　　　　　　Neil J. Hamburg