IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEWLAW J. KORNECKI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY HOSPITAL | : | NO.  02-3708 |

### ORDER

AND NOW, this   17th   day of March, 2006, it is **ORDERED** that:

1. The Order entered on June 8, 2003, closing this case (paper no. 8) is **VACATED**.

2. This case will be referred to Chief Magistrate Judge M. Faith Angell for settlement discussions.

3. Oral argument on defendant's motion for partial summary judgment will be held on **APRIL 10, 2006** at 10:00 a.m. in Courtroom 10-A.

/s/ Norma L. Shapiro
S.J.