IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEWLAW J. KORNECKI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY HOSPITAL | : | NO. 02-3708 |

## ORDER

AND NOW, this 21st day of March, 2006, it is **ORDERED** that the oral argument on defendant's motion for partial summary judgment scheduled for April 10, 2006, will be held on that date at **3:00 p.m.**, rather than 10:00 a.m. as previously noticed.

ATTEST:                        or        BY THE COURT:

/s/ Madeline F. Ward                    /s/ Norma L. Shapiro
Madeline F. Ward, Deputy Clerk                                    S.J.