IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLAW J. KORNECKI | CIVIL ACTION |
| v. | NO. 02-3708 |
| TEMPLE UNIVERSITY HOSPITAL | |

**CLAIM WITHDRAWAL**

TO THE CLERK OF COURT:

Plaintiff Leslaw J. Kornecki hereby WITHDRAWS plaintiff's above-captioned claim sounding in DEFAMATION (alleged in Count II of the Complaint) against defendant Temple University Hospital.

Kindly mark the docket to so reflect.

Respectfully submitted,

**BOCHETTO & LENTZ, P.C.**

By: GB1066 / SES4708
George Bochetto
Stephen E. Skovron
1524 Locust Street
Philadelphia, PA  19102
Ph:  (215) 735-3900
Fx:  (215) 735-2455

## CERTIFICATE OF SERVICE

I certify I caused a true and complete copy of the within *Claim Withdrawal* to be served upon those listed below by postage prepaid regular mail deposited on March 23, 2006:

>Neil J. Hamburg, Esquire
>HAMBURG & GOLDEN, PC
>1601 Market Street
>Suite 565
>Philadelphia, PA  19103

>  SES4708
>Stephen E. Skovron, Esquire