IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LESLAW J. KORNECKI** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **TEMPLE UNIVERSITY HOSPITAL** | : | 02-3708 |

## ORDER

AND NOW, this 24th day of March, 2006, it appearing that Plaintiff has withdrawn Count II of the Complaint, it is **ORDERED** that:

1. Defendant's Motion for Partial Summary Judgment (Paper #13) is **DENIED as moot.**

2. In lieu of oral argument on defendant's motion for summary judgment, a Rule 16 conference will be held on **APRIL 10, 2006** at 3:00 pm in Judge Shapiro's Chambers at 601 Market Street, Room 10614.

      /s/ Norma L. Shapiro
      S.J.