IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEWLAW J. KORNECKI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY HOSPITAL | : | NO. 02-3708 |

**PRETRIAL CONFERENCE ORDER**

**BEFORE THE HONORABLE NORMA L. SHAPIRO**

AND NOW, this 24th day of May, 2006, it is **ORDERED** that a Fed.R.Civ.P. 16 pretrial conference in the above case will be held on **APRIL 10, 2005,** at **3:00 P.M.**, in Chambers, Room 10614, United States Courthouse, 601 Market Street, Philadelphia, PA.

The attached form[1] is to be completed and returned to Chambers **one week prior to the conference**; counsel for all parties are expected to discuss together the matters covered by this report form and be prepared to participate in accordance with the court's Order under Fed.R.Civ.P. 16, Local Rules 16.1 and 16.2.  **Counsel are expected to comply with Fed.R.Civ.P. 16 and 26, as amended December 1, 2000, the Code of Civility adopted by the Pennsylvania Supreme Court on December 6, 2000, and the Working Rules of Professionalism, adopted by the Philadelphia Bar Association on June 28, 1990.**

ATTEST:                                           or        BY THE COURT:

/s/ Madeline F. Ward                                      /s/ Norma L. Shapiro
Madeline F. Ward, Deputy Clerk                                                S.J.

---

[1]This form, together with the other items attached to this Order, is also available from our website: www.paed.uscourts.gov.