IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESLAW J. KORNECKI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY HOSPITAL d/b/a | : | NO. 02-3708 |
| TEMPLE UNIVERSITY HEALTH SYSTEM | : | |

## ORDER

AND NOW, this 23rd day of March, 2006, consistent with the Order of the Honorable Norma L. Shapiro dated March 17, 2006, it is hereby **ORDERED** that a **Settlement Conference** will be held on **April 3, 2006**, at **10:30 a.m.** in Room 3030, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

Attorneys are directed to be prepared to discuss their clients' positions in this matter and the status of settlement negotiations to date. Each attorney appearing for a party must have the authority to settle on behalf of his/her client.

Clients, and a representative of each insurance carrier (if applicable), must be present. Telephone availability is not acceptable unless leave of court has been granted. Each carrier representative must have knowledge of the policy (its limits and coverage), and must have authority to make a good faith settlement offer.

A Settlement Memorandum is not required; however, should a party choose to submit one, he/she must so inform opposing counsel. Memoranda submitted on the day of the conference will not be read.

BY THE COURT:

S/M. FAITH ANGELL
M. FAITH ANGELL
CHIEF UNITED STATES MAGISTRATE JUDGE