IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESLAW J. KORNECKI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY HOSPITAL d/b/a | : | NO. 02-3708 |
| TEMPLE UNIVERSITY HEALTH SYSTEM | : | |

**<u>ORDER</u>**

AND NOW, this 27thday of March, 2006, upon consideration of correspondence to the Court from Defendant's counsel dated March 24, 2006, it is hereby **ORDERED** that the **Settlement Conference** which was scheduled for April 3, 2006, is CONTINUED, and it will now be held on **April 12, 2006**, at **2:00 p.m.** in Room 3030, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

As previously ordered, attorneys are directed to be prepared to discuss their clients' positions in this matter and the status of settlement negotiations to date. Each attorney appearing for a party must have the authority to settle on behalf of his/her client.

Clients, and a representative of each insurance carrier (if applicable), <u>must</u> be present. Telephone availability is <u>not</u> acceptable unless leave of court has been granted. Each carrier representative must have knowledge of the policy (its limits and coverage), and <u>must</u> have authority to make a good faith settlement offer.

A Settlement Memorandum is not required; however, should a party choose to submit one, he/she must so inform opposing counsel. No memoranda will be accepted the day of the conference.

BY THE COURT:
S/ M. FAITH ANGELL

M. FAITH ANGELL
CHIEF UNITED STATES MAGISTRATE JUDGE