```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

|  |  |
|---|---|
| LESLAW J. KORNECKI,                :<br>        Plaintiff,         :<br>                           :<br>        v.                       :<br>                           :<br>TEMPLE UNIVERSITY HOSPITAL,         :<br>        Defendant.          : | Civil Action<br><br>No.: 02-CV-3708 |

## DEFENDANT TEMPLE UNIVERSITY HOSPITAL'S
## MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in the attached memorandum of law, Defendant Temple University Hospital (the "Hospital" or "Temple"), whose proper corporate name is Temple University-Of the Commonwealth System of Higher Education, moves for summary judgment in its favor and against plaintiff Leslaw J. Kornecki on all counts of plaintiffs' complaint.  This motion is based on the grounds that plaintiff has no evidence of pretext for Temple's legitimate reason for his termination.

                                              Respectfully submitted,

                                         /s/ Neil J. Hamburg_____
                                        NEIL J. HAMBURG
                                        Attorney No. 32175
                                        HAMBURG & GOLDEN, P.C.
                                        1601 Market Street, Suite 3310
                                        Philadelphia, PA  19103-1443
                                         (215) 255-8590

                                        Counsel for Defendant
                                        Temple University Hospital