IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESLAW J. KORNECKI, | : | Civil Action |
| Plaintiff, | : | |
| | : | No.: 02-CV-3708 |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY HOSPITAL, | : | |
| Defendant. | : | |

### **ORDER**

AND NOW, this _____ day of April 2006, upon consideration of defendant's Motion for Summary Judgment and plaintiffs' response, it is hereby ORDERED that the Motion is GRANTED and plaintiff's complaint is DISMISSED, with prejudice, as plaintiff has failed to show any pretext on the part of Temple University Hospital for his termination.

BY THE COURT:

_____
NORMA SHAPIRO, S.J.