IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESLAW J. KORNECKI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY HOSPITAL d/b/a | : | NO. 02-3708 |
| TEMPLE UNIVERSITY HEALTH SYSTEM | : | |

**ORDER**

AND NOW, this 12th day of April, 2006, after conducting a settlement conference with counsel in the above-captioned matter, and because the issues herein were not resolved, the Clerk is directed to remove this case from my docket and return it to the calendar of the Honorable Norma L. Shapiro.

BY THE COURT:


 S/M. FAITH ANGELL
M. FAITH ANGELL
CHIEF UNITED STATES MAGISTRATE JUDGE