```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| LESLAW J. KORNECKI,       : | Civil Action | |
|         Plaintiff,        : | | |
|                           : | | |
|      v.                   : | | |
|                           : | | |
|                           : | | |
| TEMPLE UNIVERSITY HOSPITAL, : | No.: 02-CV-3708 | |
|         Defendant.        : | | |

ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of defendant Temple University Hospital's motion for leave to file its surreply memorandum of law in connection with its pending motion for summary judgment, it is hereby ORDERED and DECREED that the motion is GRANTED.  The Court will consider the memorandum of law attached as Exhibit A to the motion for leave.

                                        BY THE COURT:


                                        _____
                                        NORMA L. SHAPIRO, S.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESLAW J. KORNECKI, | : | Civil Action |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY HOSPITAL, | : | No.: 02-CV-3708 |
| Defendant. | : | |

TEMPLE UNIVERSITY'S MOTION FOR LEAVE
TO FILE A SURREPLY MEMORANDUM OF LAW IN CONNECTION
WITH ITS PENDING MOTION FOR SUMMARY JUDGMENT

Defendant Temple University Hospital moves for leave under Eastern District Local Rule 7.1(c) and the Policies and Procedures of The Honorable Norma L. Shapiro, Paragraph B(1)(c)(ii) to file a short surreply memorandum of law in connection with its pending motion for summary judgment. The purpose of the surreply is to rebut claims raised in plaintiff's opposition that are contrary to the evidence and law. The proposed surreply memorandum of law is attached as Exhibit A.

/s/ Neil J. Hamburg [NH 1402]
Neil J. Hamburg

Attorney I.D. No. 32175
HAMBURG & GOLDEN, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103

Attorneys for Defendant
Temple University Hospital

<u>CERTIFICATE OF SERVICE</u>

I, Neil J. Hamburg, certify that the foregoing motion for leave to file a surreply memorandum of law has been filed electronically and is now available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that a copy of the foregoing motion was served by regular mail, on April 28, 2006, upon:

>George Bochetto, Esquire
>Bochetto & Lentz, P.C.
>1524 Locust Street
>Philadelphia, PA 19102

>/s/ Neil J. Hamburg [NH 1402]
>Neil J. Hamburg