IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLAW J. KORNECKI,   : | Civil Action |
|         Plaintiff,   : | |
| : | No.: 02-CV-3708 |
| v.   : | |
| : | |
| TEMPLE UNIVERSITY HOSPITAL,   : | |
|         Defendant.   : | |

**DEFENDANT TEMPLE UNIVERSITY HOSPITAL'S
PRE-TRIAL MEMORANDUM**

**I.  NATURE OF THE ACTION**

Plaintiff Leslaw Kornecki was formerly employed by Defendant Temple University Hospital ("Temple" or "the Hospital"). He brought this action after his employment was terminated pursuant to Temple's work rules for downloading and purchasing pornography on Temple computers during work time. Plaintiff alleges that Temple retaliated against him for exercising his Family and Medical Leave Act rights in violation of 29 U.S.C.A. § 2611.

**II.  COUNTER STATEMENT OF FACTS:**

Temple disputes the facts and/or the characterizations as set forth in plaintiff's pretrial memorandum. The facts of this case are as follows:

This case stems from the Hospital's discharge of plaintiff on March 4, 2002 after Hospital's investigation

revealed that plaintiff bought pornographic movies and accessed, viewed, and downloaded pornography to Temple computers during his employment. This misconduct qualified as "misuse of Temple property" [computers] and "conduct unbecoming a Temple employee," which are explicit grounds for discharge under Temple University Hospital's personnel policies. Although Mr. Kornecki admits participating in this conduct, at least to some degree, he denies that he accessed, viewed and downloaded <u>all</u> of the pornography that is apparent on his computers. Regardless of plaintiff's equivocating, there is no dispute that he engaged in conduct for which the Hospital appropriately discharged him pursuant to Temple work rules.

The discovery of the pornography and the related investigation occurred as follows: On December 31, 2001, Elaine Joyce, a nurse who received plaintiff's former Gateway laptop computer, discovered multiple pornographic images and files on that computer. She reported it to her supervisor, Marcia Redden, who in turn, began the process of investigating the source of the pornography.

After an investigation over the course of the next several months, and with the assistance of David Chamberlain, associate director of technical services, hundreds of pornographic images were discovered on plaintiff's Gateway laptop. Mr. Chamberlain also determined that Mr. Kornecki had

used Temple computers and his Temple e-mail address to order pornographic movies. Mr. Chamberlain also reviewed the World Wide Web log, which revealed that Mr. Kornecki's computers had accessed multiple hardcore pornographic sites. Mr. Chamberlain also found numerous pornographic images on Mr. Kornecki's new Sony laptop, a computer that Mr. Kornecki stated no one else had access to other than him.

Plaintiff at first insisted that the pornography was someone else's doing,[1] however when he was confronted with the evidence, he eventually admitted to accessing some of the pornography. Specifically, he now admits to viewing pornographic websites on at least thirty (30) separate occasions and purchasing three videos entitled: (1) "Assbusters"; (2) "Climax Shots #2: New Booty"; and (3) "Euro Hardriders 3." The evidence, however, shows that these three pornographic DVD's were not the only ones he purchased and Mr. Kornecki's credibility has been compromised.

Based on plaintiff's admission, the evidence available at the time of the hearing, and the nature of the pornography being viewed, and since Temple policies allow supervisors to exercise discretion in the discipline of employees for serious

---

[1] An argument that rings hollow, since Plaintiff admitted to providing others with his log in or logging other computer users on as him, and therefore, by Temple policy, was responsible for their conduct.

violations of Temple rules, and given that progressive discipline in these serious circumstances are not required, Temple terminated Mr. Kornecki on March 4, 2002.

On April 12, 2002, Temple reviewed Mr. Kornecki's termination and found it to be warranted.

### III. COUNTER STIPULATED FACTS[2]

1.  In July 1998, Temple University Hospital hired Mr. Kornecki.

2.  On March 4, 2002, Temple University Hospital fired Mr. Kornecki for (1) misuse of Temple property, and (2) conduct unbecoming a Temple employee.

3.  On April 12, 2002, after review of the facts and further investigation and after giving plaintiff an opportunity to present his point of view in a grievance hearing, Temple University Hospital determined Mr. Kornecki's termination was warranted.

### IV. WITNESSES:

**Liability:**

> Leslaw J. Kornecki
> c/o George Bochetto, Esquire
> 1524 Locust Sreet
> Philadelphia, PA 19106
>
> Will admit to, among other things, accessing pornography during work hours, using Temple equipment.

---

[2] Plaintiff has not complied with providing numbered paragraphs of proposed stipulated facts, and therefore, we cannot specify agreement or disagreement on proposed stipulations.

-4-

Marcia Redden
c/o Neil J. Hamburg, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103

Will testify, among other things, as to the decision to terminate plaintiff and the investigation of plaintiff's pornography use.

Elaine Joyce
c/o Neil J. Hamburg, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103

Will testify, among other things, as to her discovery of plaintiff's pornography.

David Chamberlain
c/o Neil J. Hamburg, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103

Will testify, among other things, as to the investigation of Mr. Kornecki's computers and the hearing on Mr. Kornecki's appeal of the termination decision.

James Mohan
c/o Neil J. Hamburg, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103

Will testify, among other things, as to the decision to terminate plaintiff and the hearing on Mr. Kornecki's appeal of the termination decision.

Michael J. Grady
c/o Neil J. Hamburg, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103

Will testify, among other things, as to the decision to terminate plaintiff and the hearing on Mr. Kornecki's appeal of the termination decision.

Joseph Ralston
c/o Neil J. Hamburg, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103

Will testify, among other things, as to the decision to terminate plaintiff and the hearing on Mr. Kornecki's appeal of the termination decision.

Michelle Hackett
c/o Neil J. Hamburg, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103

Will testify, among other things, as to Temple's FMLA application procedures, and Mr. Kornecki's application.

Richard Lutman
c/o Neil J. Hamburg, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103

Will testify, among other things, about human resources policies, procedures and discipline.

Adam Ferrero
c/o Neil J. Hamburg, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103

Will testify, among other things, as to the authenticity of the Temple web logs.

**Damages:**

Leslaw J. Kornecki
c/o George Bochetto, Esquire
1524 Locust Sreet
Philadelphia, PA 19106

**V.  EXHIBITS:**

| Exh. No. | Bates No.'s | Description of Exhibits |
|---|---|---|
| 1. | TEMPLE 0001-0008 | Kornecki's Temple Employment Application & Resume |
| 2. | TEMPLE 00015-00018 | Kornecki Initial Job Description - Temple |
| 3. | TEMPLE 00090-00093 | Kornecki Initial Personnel Action Authorization |
| 4. | TEMPLE 0321-0328 | Kornecki's Timesheets |
| 5. | TEMPLE 00099-00106 041, 044-048 00022-00029 | Kornecki's Performance Evaluations |
| 6. | CHOP 0001-0088 | CHOP Application and Resume |
| 7. | ST. CHRIS 006-008 012-014 023-024 | St. Christopher's Application, Resume & Job Description |
| 8. | MH 02-07 ,09, 17 | Main Line Health Systems Application, Resume, e-mail |
| 9. | TEMPLE 0204-0205 | TUHS System Access & Confidentiality Statement |
| 10. | TEMPLE 0206-0208 | TU Hospital IS Policies and Procedures - Computer Use |
| 11. | TEMPLE 0209-0212 | TU Hospital IS Policies and Procedures - Software Policy |
| 12. | TEMPLE 0202-0203 | Statement of Elaine Joyce |
| 13. | TEMPLE 0192-0194 0197-0200 0244-0246 | David Chamberlain's Investigation Notes and Findings |
| 14. | TEMPLE 0170-0182 | Termination Letter & Notice of 302 Hearing |
| 15. | TEMPLE 0183-0184 | 302 Hearing Procedures |
| 16. | TEMPLE 0114-0117 0188-0191 | 302 Hearing Results and Notes |
| 17. | TEMPLE 0122-0123 | Pornographic tapes ordered 12/27/01 - Desktop |
| 18. | TEMPLE 0118-0121 | Gateway Lap Top Pornographic Newsgroup list |
| 19. | TEMPLE 00224 | Gateway Lap Top Pornographic Picture - 08/10/00  9:23 am |
| 20. | TEMPLE 442 | Gateway Lap Top Pornographic Picture - 08/10/00  9:24 am |
| 21. | TEMPLE 443 | Gateway Lap Top Pornographic Picture - 08/10/00  9:24 am |
| 22. | TEMPLE | Gateway Lap Top Pornographic Picture - 08/10/00  9:41 am |

| Exh. No. | Bates No.'s | Description of Exhibits |
|---|---|---|
|  | 444 |  |
| 23. | TEMPLE 445 | Gateway Lap Top Pornographic Picture - 08/10/00  1:12 pm |
| 24. | TEMPLE 446 | Gateway Lap Top Pornographic Picture - 08/10/00  1:13 pm |
| 25. | TEMPLE 447 | Gateway Lap Top Pornographic Picture - 08/10/00  1:13 pm |
| 26. | TEMPLE 448 | Gateway Lap Top Pornographic Picture - 08/10/00  1:15 pm |
| 27. | TEMPLE 449 | Gateway Lap Top Pornographic Picture - 08/10/00  2:51 pm |
| 28. | TEMPLE 00216 | Gateway Lap Top Pornographic Picture - 10/09/00  3:08 pm |
| 29. | TEMPLE 00227 | Gateway Lap Top Pornographic Picture - 10/09/00  3:10 pm |
| 30. | TEMPLE 00225 | Gateway Lap Top Pornographic Picture - 10/09/00  3:11 pm |
| 31. | TEMPLE 00217 | Gateway Lap Top Pornographic Picture - 10/09/00  3:11 pm |
| 32. | TEMPLE 00223 | Gateway Lap Top Pornographic Picture - 10/09/00  3:11 pm |
| 33. | TEMPLE 00220 | Gateway Lap Top Pornographic Picture - 10/18/00  10:58 am |
| 34. | TEMPLE 00215 | Gateway Lap Top Pornographic Picture - 10/31/00  11:30 am |
| 35. | TEMPLE 00214 | Gateway Lap Top Pornographic Picture - 10/31/00  11:35 am |
| 36. | TEMPLE 00221 | Gateway Lap Top Pornographic Picture - 10/31/00  11:35 am |
| 37. | TEMPLE 00222 | Gateway Lap Top Pornographic Picture - 10/31/00  11:36 am |
| 38. | TEMPLE 450 | Gateway Lap Top Pornographic Picture - 11/07/00  12:48 pm |
| 39. | TEMPLE 452 | Gateway Lap Top Pornographic Picture - 11/07/00  1:49 pm |
| 40. | TEMPLE 451 | Gateway Lap Top Pornographic Picture - 11/07/00  2:51 pm |
| 41. | TEMPLE 453 | Gateway Lap Top Pornographic Picture - 11/08/00  10:38 am |
| 42. | TEMPLE 454 | Gateway Lap Top Pornographic Picture - 11/08/00  10:38 am |
| 43. | TEMPLE 00229 | Gateway Lap Top Pornographic Picture - 11/08/00  10:39 am |
| 44. | TEMPLE 455 | Gateway Lap Top Pornographic Picture - 11/08/00  10:41 am |
| 45. | TEMPLE 00218 | Gateway Lap Top Pornographic Picture - 11/08/00  10:45 am |
| 46. | TEMPLE 456 | Gateway Lap Top Pornographic Picture - 11/08/00  11:23 am |
| 47. | TEMPLE 457 | Gateway Lap Top Pornographic Picture - 11/08/00  11:30 am |
| 48. | TEMPLE 00219 | Gateway Lap Top Pornographic Picture - 11/08/00  11:30 am |

| Exh. No. | Bates No.'s | Description of Exhibits |
|---|---|---|
| 49. | TEMPLE 460 | Gateway Lap Top Pornographic Picture - 06/18/01  3:43 pm |
| 50. | TEMPLE 00226 | Gateway Lap Top Pornographic Picture - 06/18/01  3:43 pm |
| 51. | TEMPLE 459 | Gateway Lap Top Pornographic Picture - 06/18/01  3:44 pm |
| 52. | TEMPLE 458 | FlashPSM  Gateway Lap Top Picture - 06/19/01  10:47 am |
| 53. | TEMPLE 267-281 | Gateway Lap Top List of .JPG Files Sorted by Filename |
| 54. | TEMPLE 247-266 | Gateway Lap Top List of .JPG Files Sorted by Date |
| 55. | TEMPLE 474-516 | Desktop Internet Sites Visited from 9/6/01-9/14/01 |
| 56. | TEMPLE 517-533 | Desktop Internet Sites Visited from 9/24/01-10/25/01 |
| 57. | TEMPLE 534-553 | Desktop Internet Sites Visited from 10/30/01-11/20/01 |
| 58. | TEMPLE 554-579 | Desktop Internet Sites Visited from 11/28/01-12/30/01 |
| 59. | TEMPLE 580-605 | Desktop Internet Sites Visited from 12/31/01-1/26/02 |
| 60. | TEMPLE 606-638 | Desktop Internet Sites Visited from 1/28/02-2/22/02 |
| 61. | TEMPLE 230-243 | Samples for Sony Lap Top - No Date & Time Information |
| 62. | TEMPLE 00415 | Sony Lap Top Pornographic Picture - 12/27/01  2:43 pm |
| 63. | TEMPLE 00414 | Sony Lap Top Pornographic Picture - 12/28/01  12:23 pm |
| 64. | TEMPLE 00416 | Sony Lap Top Pornographic Picture - 1/7/02  12:34 pm |
| 65. | TEMPLE 00438 | Sony Lap Top Pornographic Picture - 1/7/02  12:34 pm |
| 66. | TEMPLE 00433 | Sony Lap Top Pornographic Picture - 1/7/02  12:35 pm |
| 67. | TEMPLE 00421 | Sony Lap Top Pornographic Picture - 1/7/02  12:36 pm |
| 68. | TEMPLE 00417 | Sony Lap Top Pornographic Picture - 1/7/02  12:37 pm |
| 69. | TEMPLE 00437 | Sony Lap Top Pornographic Picture - 1/7/02  12:40 pm |
| 70. | TEMPLE 00422 | Sony Lap Top Pornographic Picture - 1/7/02  12:40 pm |
| 71. | TEMPLE 00439 | Sony Lap Top Pornographic Picture - 1/7/02  12:41 pm |
| 72. | TEMPLE 00430 | Sony Lap Top Pornographic Picture - 1/7/02  12:41 pm |
| 73. | TEMPLE 0410 | Sony Lap Top Pornographic Picture - 1/22/02  3:39 pm |
| 74. | TEMPLE 00424 | Sony Lap Top Pornographic Picture - 1/22/02  3:43 pm |
| 75. | TEMPLE | Sony Lap Top Pornographic Picture - 1/22/02  3:44 pm |

| Exh. No. | Bates No.'s | Description of Exhibits |
|---|---|---|
| | 00413 | |
| 76. | TEMPLE 00412 | Sony Lap Top Pornographic Picture - 1/22/02  3:44 pm |
| 77. | TEMPLE 00411 | Sony Lap Top Pornographic Picture - 1/22/02  3:44 pm |
| 78. | TEMPLE 00425 | Sony Lap Top Pornographic Picture - 1/23/02  4:04 pm |
| 79. | TEMPLE 00431 | Sony Lap Top Pornographic Picture - 1/23/02  4:05 pm |
| 80. | TEMPLE 00427 | Sony Lap Top Pornographic Picture - 1/23/02  4:06 pm |
| 81. | TEMPLE 00426 | Sony Lap Top Pornographic Picture - 1/23/02  4:07 pm |
| 82. | TEMPLE 00435 | Sony Lap Top Pornographic Picture - 1/23/02  4:09 pm |
| 83. | TEMPLE 00432 | Sony Lap Top Pornographic Picture - 1/23/02  4:10 pm |
| 84. | TEMPLE 00436 | Sony Lap Top Pornographic Picture - 1/23/02  4:11 pm |
| 85. | TEMPLE 00440 | Sony Lap Top Pornographic Picture - 1/23/02  4:11 pm |
| 86. | TEMPLE 00419 | Sony Lap Top Pornographic Picture - 1/23/02  4:13 pm |
| 87. | TEMPLE 00428 | Sony Lap Top Pornographic Picture - 1/23/02  4:17 pm |
| 88. | TEMPLE 00434 | Sony Lap Top Pornographic Picture - 1/23/02  4:22 pm |
| 89. | TEMPLE 00423 | Sony Lap Top Pornographic Picture - 1/23/02  4:25 pm |
| 90. | TEMPLE 00409 | Sony Lap Top Pornographic Picture - 1/28/02  12:44 pm |
| 91. | TEMPLE 00418 | Sony Lap Top Pornographic Picture - 1/28/02  12:45 pm |
| 92. | TEMPLE 00429 | Sony Lap Top Pornographic Picture - 1/28/02  12:46 pm |
| 93. | TEMPLE 00441 | Sony Lap Top Pornographic Picture - 1/28/02  12:48 pm |
| 94. | TEMPLE 00420 | Sony Lap Top Pornographic Picture - 1/28/02  12:49 pm |
| 95. | TEMPLE 358-408 | Sony Lap Top List of .JPG Files Sorted by Date |
| 96. | TEMPLE 334-346 | Temple University Work Rules |
| 97. | TEMPLE 0019 | Kornecki Receipt of Temple University Work Rules |
| 98. | TEMPLE 0347-0351 | Kornecki's FMLA Request |
| 99. | TEMPLE 0352 | Temple's Approval of Kornecki's FMLA Request |
| 100. | TEMPLE 0461-0473 | Temple University Work Rules Updated 11/97 |
| 101. | | Unemployment Comp / Claimant Questionnaire |
| 102. | | Unemployment Comp / Employment Separation Questionnaire |

| Exh. No. | Bates No.'s | Description of Exhibits |
|---|---|---|
| 103. |  | Unemployment Comp - Notice of Determination |
| 104. |  | Plaintiff's Damages Calculation |
| 105. |  | Kornecki 2001 Tax Return |
| 106. |  | Kornecki 2000 Tax Return |
| 107. |  | Kornecki 1999 Tax Return |
| 108. |  | Kornecki 1998 Tax Return |
| 109. |  | E-mail from Kornecki to Terry Gosso - dated 4/29/02 |
| 110. |  | Letter dated 10/3/00 from HBO to Marcia Redden describing Main User Level 3 Course - on 8/8/00-8/9/00 |
| 111. |  | Letter dated 3/7/00 to Marcia Redden describing Project Planning and Sched Analy on 2/29/00-3/1/00 |
| 112. |  | Letter dated 6/19/00 to Marcia Redden describing Project Planning and Sched Analy on 6/13/00-6/16/00 |
| 113. |  | E-mails from M. Redden to D. Chamberlain March 2002 |
| 114. |  | Kornecki's Complaint |
| 115. |  | Temple's Interrogatories to Kornecki |
| 116. |  | Kornecki's Answers to Temple's Interrogatories |
| 117. |  | Temple's Request for Production of Documents to Kornecki |
| 118. |  | Kornecki's Response to Temple's Document Request |
| 119. |  | Letter from G. Bochetto to J Marshall dated 5/17/02 |
| 120. |  | E-Mail from C. O'Donnell to Kornecki dated 5/3/02 |
| 121. |  | Letter from C. O'Donnell to Kornecki dated 5/9/02 |
| 122. |  | Notes prepared by Kornecki dates April 12, 2001 |
| 123. |  | Outlook Express Screen printouts for Kornecki account |
| 124. |  | Kornecki 2002 Tax Return |
| 125. |  | Kornecki 2003 Tax Return |
| 126. | TEMPLE 0639 | 11/07/00 Pornography order of Watcher 2 |
| 127. | TEMPLE 0640-0641 | 11/07/00 Confirmation of Order of Watcher 2 |
| 128. | TEMPLE 0642 | 10/16/00 Pornography Order – "Hit Her in the Shitter" & "Angry Anal #2" |
| 129. | TEMPLE 0643-0644 | 11/13/00 Confirmation of Pornography Order – 555 Cumshots |
| 130. | TEMPLE 0645-0646 | 10/5/00 Confirmation Pornography Order – Watcher 3 |
| 131. |  | Image Showing Watcher 2 Box Cover |
| 132. | TEMPLE 0647-0852 | Color copies of pornographic images found on Mr. Kornecki's Temple issued computers. |

**VI.   ESTIMATED TRIAL TIME:**

  Temple estimates that the trial will take approximately 3 to 4 days.

         Respectfully Submitted,


         /s/ NEIL J. HAMBURG
         NEIL J. HAMBURG
         Id. No. 32175
         HAMBURG & GOLDEN, P.C.
         1601 Market Street, Suite 3310
         Philadelphia, PA 19103-1443
         (215) 255-8590

         Counsel for Temple University
         Hospital

**CERTIFICATE OF SERVICE**

I, Neil J. Hamburg, hereby certify that defendant Temple University Hospital's Pre-Trial Memorandum has been filed electronically and is now available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that a copy of the foregoing Pre-Trial Memorandum was served by regular mail on May 8, 2006, on the following:

> George Bochetto, Esquire
> Bochetto & Lentz, P.C.
> 1524 Locust Street
> Philadelphia, PA 19106
> Attorney for Plaintiff,
> Leslaw Kornecki

> /s/ NEIL J. HAMBURG
> NEIL J. HAMBURG
> HAMBURG & GOLDEN, P.C.