```
              UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

|  |  |  |
|---|---|---|
| LESLAW J. KORNECKI, | : | Civil Action |
|     Plaintiff, | : |  |
|  | : |  |
|     v. | : |  |
|  | : |  |
| TEMPLE UNIVERSITY HOSPITAL, | : | No.: 02-CV-3708 |
|     Defendant. | : |  |

ENTRY OF APPEARANCE

TO THE CLERK OF THE DISTRICT COURT:

    Kindly enter my appearance on behalf Temple University Hospital in the above caption matter.

 

    /s/ Cameron J. Etezady
    Cameron J. Etezady
    Attorney I.D. No. 202172
    HAMBURG & GOLDEN, P.C.
    1601 Market Street, Suite 3310
    Philadelphia, PA 19103
    (215) 255-8590

    Attorneys for Temple University Hospital

CERTIFICATE OF SERVICE

I, Cameron J. Etezady, certify that the foregoing Entry of Appearance has been filed electronically and is now available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that a copy of the foregoing Entry of Appearance was served by regular mail, on May 8, 2006, upon the following:

>George Bochetto, Esquire
>Bochetto & Lentz, P.C.
>1524 Locust Street
>Philadelphia, PA 19102

>/s/ Cameron J. Etezady
>CAMERON J. ETEZADY
>HAMBURG & GOLDEN, P.C.