**Exhibit 1**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF LABOR AND INDUSTRY<br>BUREAU OF UC BENEFITS AND ALLOWANCES | **NOTICE OF DETERMINATION** | The final day to appeal this determination is May 20, 2002.<br>SSN: 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<br>Type Claim: UC<br>AB Date: April 14, 2002<br>Mailed On: May 03, 2002<br>Page: 1 of 2 |

CLAIMANT:

LESLAW J KORNECKI
437 TWINING FORD RD
RICHBORO PA 18954-1845

EMPLOYER:

TEMPLE UNIVERSITY HOSPITALS IN
3333 N BROAD STREET GSB 257
PHILADELPHIA PA 19140

### FINDINGS OF FACT

1. The Claimant was last employed on March 4, 2002.
2. The Claimant's job title was Manager.
3. The Claimant was discharged as the result of a policy or rule violation.
4. The Claimant denied violating the rule.
5. The Employer did not provide firsthand information showing that the Claimant violated the rule.

### DISCUSSION

In situations where the Claimant is discharged for violating a rule, the burden of proof is on the Employer to show that the Claimant was aware, or should have been aware, of the rule and that the Claimant violated the rule. In order to qualify for benefits once this is established, the burden shifts to the Claimant to show good cause for his actions. In this situation, the Claimant denied violating the rule and the Employer did not provide firsthand information showing that the Claimant did violate the rule. As such, the Employer has not sustained its burden of proof and benefits must be allowed under Section 402(e).

### DETERMINATION

The Claimant is eligible for benefits under Section 402(e) of the Pennsylvania Unemployment Compensation Law beginning with waiting week ending April 20, 2002.

UC Representative: wn

### APPEAL INSTRUCTIONS

The last day to appeal this determination is: May 20, 2002.

Under Section 501(e) of the Pennsylvania Unemployment Compensation Law, this determination becomes final unless an appeal is timely filed. If you disagree with this determination and wish to file an appeal, your appeal must be filed on or before the last day to appeal shown on this determination.

The last day to appeal this determination is: May 20, 2002

If you disagree with this determination, you may appeal. If you want to file an appeal, you must do so on or before the date shown above. Information for filing an appeal is included in...