**Exhibit 2**

## EMPLOYMENT SEPARATION QUESTIONNAIRE

IF YOU WERE SEPARATED FROM YOUR MOST RECENT EMPLOYER FOR ANY REASON OTHER THAN A LACK OF WORK, YOU MUST COMPLETE THIS QUESTIONNAIRE.

If you were discharged or fired, explain what reasons you were given for your dismissal and provide your complete explanation of what occurred. Be sure to explain what happened on your last day of employment. If you voluntarily quit your job, explain why you quit.

CLAIMANT'S NAME: LESLAW J KORNECKI                         SSN: 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

Last worked for TEMPLE UNIVERSITY HOSPITALS IN on 03-04-2002

I am unemployed because _____

I received a new laptop and was requested to turn over my old laptop to the head nurse of CT Surgery. I did this on November 5, 2001. I had not seen the laptop since. This incident was reported on December 31, 2001.

I was called into Human Resources on March 4, 2002 and was told that there were pornographic sites and pictures on the laptop. The pornographic site that was on the laptop was a Temple University server (155.247.166.25) and the pornography was located there for anyone to download. It required no password. Anyone who had an account on the network could access the server and the pictures. They have no audit trail. There is no specific policy for computer usage at Temple University Hospital.

My laptop was given to student and temporary workers from August of 1999 to November 2000 because of project deadlines and space issues.

In my appeal hearing Management could not prove that I was the one who downloaded any of this information. They also admitted that the material is available to any computer within the institution with no passwords and that they do not monitor users on the network.

I did not download any of this material and my conduct as a Temple employee has been exemplary as reflected in my performance evaluations.

(USE REVERSE IF NECESSARY)

I certify that the information I have provided is true and correct:

SIGNATURE Leslaw Kornecki          DATE: 4/26/02

COMMONWEALTH OF PENNSYLVANIA          DEPARTMENT OF LABOR AND INDUSTRY

