IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LESLAW J. KORNECKI** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **TEMPLE UNIVERSITY HOSPITAL** | : | |
| d/b/a **TEMPLE UNIVERSITY HEALTH** | : | |
| **SYSTEM** | : | NO.  02-3708 |

## ORDER

AND NOW, this 2nd day of June, 2006, it is **ORDERED** that:

1. The final pretrial conference previously noticed for June 5, 2006, will be held on **JULY 11, 2006** at **2:00 p.m.** in Courtroom 10-A.  Oral argument will be heard on all outstanding motions at that time.  Trial counsel **must** attend.  It is the responsibility of any trial counsel who cannot attend to contact the court as soon as any conflict becomes known so the court may consider rescheduling the conference.  Unless the court has otherwise granted permission, **whoever attends the final pretrial conference will try the case**.

   In addition to each trial counsel, a representative of plaintiff and defendant with full authority to settle the case shall attend.  In the case of defendant, both a representative of defendant and a representative from its insurance carrier shall attend; both shall have the requisite settlement authority.  Telephone availability is not acceptable unless leave of court has been granted.  **Failure to comply with this order may result in SANCTIONS in accordance with the Federal Rules of Civil Procedure.**

2. This case will be placed in the jury trial pool on **JULY 12, 2006**, subject to call on 48 hours notice in accordance with the standing rule of this court as published in <u>The Legal Intelligencer</u>.  On or before the date of trial, the parties shall submit points for charge and may submit proposed voir dire questions or jury interrogatories, preferably on a computer disk.


ATTEST:                                                   or  BY THE COURT:


 /s/ Madeline F. Ward                              /s/ Norma L. Shapiro
Madeline F. Ward, Deputy Clerk                                                                  S.J.