**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LESLAW J. KORNECKI** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **TEMPLE UNIVERSITY HOSPITAL** | : | |
| **d/b/a TEMPLE UNIVERSITY HEALTH** | : | |
| **SYSTEM** | : | **NO.  02-3708** |

<u>**ORDER**</u>

AND NOW, this 5th day of July, 2006, upon consideration of Defendant's Motion for Leave to File Reply and Plaintiff's Motion for Leave to File Surreply, it is **ORDERED** that:

1.  Defendant's Motion for Leave to File Reply (Paper No. 30) is **DENIED.**

2.  Plaintiff's Motion for Leave to File Surreply (Paper No. 36) is **DENIED.**

3. Oral argument on Defendant's Motion for Summary Judgment will be heard at the final pretrial conference.

/s/ Norma L. Shapiro

S.J.