**Main Line Health**

 *Jefferson Health System*

August 5, 2002

Leslaw Kornecki
437 Twining Ford Road
Richboro PA   18954

Bryn Mawr Hospital

Bryn Mawr Rehab

Lankenau Hospital

Paoli Memorial Hospital

Great Valley Health

Jefferson Health
Ambulance

Jefferson HealthCARE
  Exton
  Lawrence Park
  Upper Providence

Jefferson HomeCARE

Lankenau Institute for
Medical Research

Main Line Health
Adult Day Services

Main Line Health
Behavioral Health

Main Line
Clinical Laboratories

Wayne Center

Dear Leslaw:

We are pleased to confirm our offer of employment to you. The details of your position are as follows:

Position: QI System Data Administrator
Job Grade: 113
Entity/Department: PMH/CEQI
Manager: Smm z;rpmr
Bi-weekly Hours/Shift: Full time/80/ Day Shift
Weekend Requirements: N/A
Bi-weekly Salary: $2,500.00
Benefits: First of the Month following 60 days of employment
Earned Leave: Policy Enclosed
Start Date: 8/19/02

This offer of employment is contingent upon the successful completion of a post-offer health and substance abuse screening, the receipt of satisfactory references and a satisfactory criminal background check.

As part of the Main Line Health employment process, please be advised of the following:

1. Please call the Occupational Health Department at (610)-645-6750 to schedule your health and substance abuse screening.

2. The day of your health screening please come to the Human Resources Department (BMH and PMH) or the Employment office (TLH) to complete your New Hire paperwork. Please bring two forms of identification (example: Driver's license and social security card) with you.

3. If eligible, you will receive more detailed information about your benefits at the Main Line Health Orientation. In the interim, Sue Neilsen, Benefits Representative, 610-526-8349 would be happy to answer any questions.

4. You are required to attend the Main Line Health Orientation on August 26, 2002 from 8:00 a.m. to 4:30 p.m. at Paoli Memorial Hospital. Dress is professional business attire. Please arrive promptly.

We congratulate you on your decision to join our excellent staff and look forward to working with you. We wish you success in your employment with Main Line Health System. If you have any questions, please call me at 610-526-8650.

Sincerely Yours,

Rose Marie Bierdzio
Human Resources Specialist

Cc:   Ann Leone

MLH 079

# TERMINATION NOTICE
# TO HUMAN RESOURCES

Forward this form to your Human Resources Consultant

The employee listed below has terminated employment with Main Line Health.

| | |
|---|---|
| Employee Name: | Leslaw Kornecki |
| Department: | CEQI Clinical Informatics |
| Last Day Worked: | March 10, 2005 |
| Reason for Termination: | Inability to perform to essential job accountabilities and expectations. |

Date: March 10, 2005          Manager's Name: Kristen Delin

*Note:* The letter of resignation from the employee (if applicable) and the Termination Checklist should be sent to your Human Resources Consultant.

MLH 031