IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEWLAW J. KORNECKI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY HOSPITAL | : | NO. 02-3708 |

## ORDER

AND NOW, this 13th day of July, 2006, following a final pretrial conference held July 12, 2005, at which oral argument was heard on all outstanding motions, it is **ORDERED** that:

1. Defendant's motion for summary judgment (paper #22) is **DENIED** for the reasons stated on the record.

2. Plaintiff's motion in limine (paper No. 29) is **DENIED** for the reasons stated on the record.

3. Defendants' motion in limine (paper no. 34) is **GRANTED** for the reasons stated on the record.

4. Defendant'S motion in limine (paper no. 35) is **GRANTED IN PART and DENIED IN PART** for the reasons stated on the record.

5. Plaintiff's cross-motion for discovery sanctions (paper no. 39) is **WITHDRAWN**.

6. Plaintiff's motion in limine (paper no. 45) is **GRANTED IN PART and DENIED IN PART** for the reasons stated on the record.

7. It having now been reported to the court that the issues between plaintiff and defendant have been settled, and upon Order of the court, pursuant to the provisions of 41.1(b) of the Local Rules of Civil Procedure of this court, this case is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

8. The Clerk is directed to mark this case **CLOSED**.

/s/ Norma L. Shapiro
S.J.